B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Marshall, Mark K** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Marshall, Suzanne M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7304** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4192** |
| Street Address of Debtor (No. and Street, City, and State):<br>**545 Fairview Avenue**<br>**Glen Ellyn, IL**<br>ZIP Code **60137** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**545 Fairview Avenue**<br>**Glen Ellyn, IL**<br>ZIP Code **60137** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Marshall, Mark K**<br>**Marshall, Suzanne M** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X  /s/ David R. Brown                              March 22, 2013**<br>Signature of Attorney for Debtor(s)          (Date)<br>      **David R. Brown** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)


☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Marshall, Mark K**<br>**Marshall, Suzanne M** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Mark K Marshall**

Signature of Debtor  **Mark K Marshall**

X  **/s/ Suzanne M Marshall**

Signature of Joint Debtor **Suzanne M Marshall**

Telephone Number (If not represented by attorney)

**March 22, 2013**

Date

### Signature of Attorney*

X  **/s/ David R. Brown**

Signature of Attorney for Debtor(s)

**David R. Brown**

Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**

Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**

Telephone Number

**March 22, 2013**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Mark K Marshall**      Case No. _____

       **Suzanne M Marshall**

                       Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Mark K Marshall**
                        **Mark K Marshall**

Date:    **March 22, 2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Mark K Marshall**
      **Suzanne M Marshall** _____    Case No. _____
                                                  Debtor(s)    Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Suzanne M Marshall**
**Suzanne M Marshall**

Date: **March 22, 2013**

B6D (Official Form 6D) (12/07)

In re   **Mark K Marshall,**
        **Suzanne M Marshall**                                                      Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily unsecured debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Owner/Seller** | | | | | |
| **Kathy Klein**<br>**150 N Main St**<br>**Lombard, IL 60148** | | J | **545 Fairview Ave, Glen Ellyn - option to purchase** | | | | | |
| | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | **2008 Sebring** | | | | | |
| **Regional Acceptance**<br>**PO Box 830913**<br>**Birmingham, AL 35283** | | J | | | | | | |
| | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | **2008 Aspen** | | | | | |
| **Santander Consumer USA**<br>**PO Box 660633**<br>**Dallas, TX 75266-0633** | | J | | | | | | |
| | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 0.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re  **Mark K Marshall,**                                                                Case No. _____
       **Suzanne M Marshall**
_____ ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<u>    0    </u>  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Mark K Marshall,**                                 Case No. _____

          **Suzanne M Marshall**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxx7347** <br><br> **Alliance One Receivables Managment** <br> **4850 Street Road** <br> **Suite 300** <br> **Feasterville Trevose, PA 19053** | | | | J | 12/31/09 | | | | **1,182.18** |
| Account No. <br><br> **Ambulatory Anesthesiologists** <br> **409 W Huron St** <br> **3rd Floor** <br> **Chicago, IL 60610** | | | | J | medical | | | | **1,063.04** |
| Account No. <br><br> **American Cash Loans** <br> **1338 N Roselle Road** <br> **Schaumburg, IL 60173** | | | | J | | | | | **4,025.05** |
| Account No. **xxxx2741** <br><br> **American General Financial Services** <br> **PO Box 3251** <br> **Evansville, IN 47731-3251** | | | | J | 8/5/10 | | | | **9,188.00** |
| __14__ continuation sheets attached | | | | | | Subtotal <br> (Total of this page) | | | **15,458.27** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                S/N:33434-130219   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mark K Marshall,**
     **Suzanne M Marshall**
_____,   Case No. _____
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Andrew Carter<br>Law Offices of Andrew Carter<br>127 W Willow Avenue<br>Wheaton, IL 60187 | | J | 3/10/10<br>Legal | | | | 1,107.00 |
| Account No.<br><br>Apria Healthcare<br>7253 Company Drive<br>Indianapolis, IN 46237 | | J | | | | | 54.57 |
| Account No.<br><br>Armor Systems Corporation<br>1700 Kiefer Drive<br>Suite 1<br>Zion, IL 60099-5105 | | J | 12/18/09 | | | | 105.00 |
| Account No. **xxxxx6394**<br><br>Armor Systems Corporation<br>1700 Kiefer Drive<br>Suite 1<br>Zion, IL 60099-5105 | | J | 12/28/09 | | | | 537.09 |
| Account No.<br><br>Beneficial Finance<br>P.O. Box 17574<br>Baltimore, MD 21297-1574 | | J | | | | | 15,113.02 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
             (Total of this page)       16,916.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark K Marshall,**
       **Suzanne M Marshall**                                                Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxx7061**<br><br>**Beneficial Finance Group**<br>**55 North 300 West**<br>**PO Box 45654**<br>**Salt Lake City, UT 84145** | | J | | | 5/27/11 | | | | 1,510.57 |
| Account No. **xxxx-xxxx-xxxx-2289**<br><br>**Capital One Bank**<br>**PO Box 71083**<br>**Charlotte, NC 28272-1083** | | W | | | credit card | | | | 1,510.57 |
| Account No. **multiple**<br><br>**CBCS**<br>**Po Box 69**<br>**Columbus, OH 43216** | | J | | | 8/8/10 | | | | 1,063.04 |
| Account No.<br><br>**Central DuPage Emergency Phys.**<br>**PO Box 366**<br>**Hinsdale, IL 60522** | | J | | | medical | | | | 1,700.00 |
| Account No. **multiple**<br><br>**Central DuPage Hospital**<br>**25 North Winfield Road**<br>**Winfield, IL 60190** | | J | | | medical | | | | 16,300.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of                     Subtotal                   22,084.18
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark K Marshall,**
       **Suzanne M Marshall**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Central DuPage Physicians**<br>**7 Blanchard Circle**<br>**#200**<br>**Wheaton, IL 60187** | | J | medical | | | | 155.91 |
| Account No. **multiple**<br><br>**Certage Payment Recovery Service**<br>**PO Box 038977**<br>**Tuscaloosa, AL 35403-8997** | | J | | | | | 470.70 |
| Account No. **xxx6326**<br><br>**CitiBank**<br>**125 South Wacker Drive**<br>**Chicago, IL 60606** | | J | 5/27/10<br>mastercard | | | | 13,043.55 |
| Account No. **xxxxxxx3842**<br><br>**City of Chicago/CTI**<br>**PO Box 88292**<br>**Glen Ellyn, IL 60137** | | J | 5/7/10 | | | | 113.64 |
| Account No. **xxxxxxxxxxxx7481**<br><br>**Comcast**<br>**1711 E Wilson Street**<br>**Batavia, IL 60510** | | J | 5/11/09<br>Cable | | | | 319.98 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,103.78**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark K Marshall,**
      **Suzanne M Marshall**

Case No. _____

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx82-25** <br><br> **Commercial Check Control (Jewel)** <br> **7250 Beverly Blvd** <br> **Suite 200** <br> **Los Angeles, CA 90036-2560** | | J | 7/15/09 | | | | 13,358.52 |
| Account No. <br><br> **Core Performances PT** <br> **686 Roosevelt Road** <br> **Glen Ellyn, IL 60137** | | J | medical | | | | 148.73 |
| Account No. **xxxx-xxxx-xxxx-3877** <br><br> **Creditors Finance Group, LLC** <br> **PO Box 440290** <br> **Aurora, CO 80044-0290** | | J | 7/28/08 | | | | 13,358.52 |
| Account No. <br><br> **Denson Shops, Inc.** <br> **509 Carlton** <br> **P.O. Box 703** <br> **Wheaton, IL 60187** | | J | medical | | | | 93.72 |
| Account No. <br><br> **DuPage Medical Group** <br> **1860 Paysphere Cir.** <br> **Chicago, IL 60674** | | J | medical | | | | 2,108.66 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,068.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark K Marshall,**                                            Case No. _____
     **Suzanne M Marshall**
    _____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**DuPage Orthopedic Surgery Ctr**<br>**PO Box 66693**<br>**Chicago, IL 60666** | | J | medical | | | | **740.44** |
| Account No. **multiple** <br><br>**GE Money (Bassett)**<br>**175 South Street**<br>**Suite 900**<br>**Columbus, OH 43215-5166** | | J | 3/18/10 | | | | **5,057.53** |
| Account No. <br><br>**Harris Bank**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | | J | deficiency on former residence | | | | **133,137.65** |
| Account No. **xxxxxx1700** <br><br>**Harris Bank**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | | J | construction loan | | | | **421,163.82** |
| Account No. <br><br>**Hawthorn Cleaners**<br>**644 Pickwick Place**<br>**Glen Ellyn, IL 60137** | | J | 7/31/10<br>consumer debt | | | | **870.35** |

Sheet no. __5__ of __14__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)       **560,969.79**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark K Marshall,**
       **Suzanne M Marshall**                                           Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hayward Area Mem Hospital** <br> **PO Box 973** <br> **Eau Claire, WI 54702-0973** | | J | medical | | | | 106.85 |
| Account No. **xxxxxx0001** <br><br> **HealthLab** <br> **25 N Winfield Road** <br> **Winfield, IL 60190** | | J | medical | | | | 95.53 |
| Account No. <br><br> **Illinois Tollway Authority** <br> **PO Box 5201** <br> **Lisle, IL 60532** | | J | | | | | 29,912.00 |
| Account No. <br><br> **John N. Pieper Attorney at Law** <br> **1761 S. Naperville Road** <br> **Wheaton, IL 60187** | | J | 11/2/05 <br> Legal | | | | 3,041.60 |
| Account No. <br><br> **John T Zaffer, DDS** <br> **526 Crescent Blvd** <br> **Suite 224** <br> **Glen Ellyn, IL 60137** | | J | dental | | | | 81.60 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,237.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark K Marshall,**
      **Suzanne M Marshall**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | loan | | | | |
| **Key Bank**<br>**745 Atlantic Avenue**<br>**Boston, MA 02111-2735** | | J | | | | | | 11,642.00 |
| **Account No.** | | | | canceled insurance | | | | |
| **Liberty Mutual**<br>**222 S Riverside Plaza**<br>**Suite 1580**<br>**Chicago, IL 60606** | | J | | | | | | 2,738.00 |
| **Account No.** | | | | medical | | | | |
| **M&M Orthopaedics**<br>**4300 Commercial Court**<br>**Suite 230**<br>**Lisle, IL 60532** | | J | | | | | | 186.41 |
| **Account No.** | | | | Credit card purchases | | | | |
| **Macy's**<br>**P.O. Box 689195**<br>**Des Moines, IA 50368-9195** | | H | | | | | | 202.38 |
| **Account No.** | | | | Credit card purchases | | | | |
| **Macy's**<br>**P.O. Box 689195**<br>**Des Moines, IA 50368-9195** | | J | | | | | | 251.31 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,020.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark K Marshall,**
       **Suzanne M Marshall**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-xxxx-x6590** <br><br> **Mercury Insurance Group** <br> **Jonathan Neil & Associates** <br> **131-A Stony Cir. Ste 500** <br> **Santa Rosa, CA 95401** | | J | 5/18/10 <br> **Insurance - canceled** | | | | 675.00 |
| Account No. **Multiple** <br><br> **Mercury Insurance Group** <br> **PO Box 725210** <br> **Oklahoma City, OK 73172-5210** | | J | 2/5/10 <br> **Insurance** | | | | 376.20 |
| Account No. <br><br> **Midwest Ear, Nose, Throat** <br> **25 N. Winfield Road** <br> **Suite 519** <br> **Winfield, IL 60190** | | J | **medical** | | | | 387.00 |
| Account No. <br><br> **MRS BPO, LLC** <br> **1930 Olney Ave.** <br> **Cherry Hill, NJ 08003** | | J | **repo'd 2006 Chrysler** | | | | 1,933.66 |
| Account No. **xx9728** <br><br> **Mulherin, Rehfeldt & Varchetto PC** <br> **211 South Wheaton Ave** <br> **Suite 200** <br> **Wheaton, IL 60187** | | J | 7/5/11 | | | | 3,142.50 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,514.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mark K Marshall,**
        **Suzanne M Marshall**
                                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Nationwide Credit & Collection 815 Commerce Drive Suite 100 Oak Brook, IL 60523** | | J | | | | | 26.37 |
| Account No. **xxxxx7574** | | H | 8/9/10 | | | | |
| **Northland Group Inc (Macy's) PO Box 390846 Minneapolis, MN 55439** | | | | | | | 202.38 |
| Account No. **xxxxxx0022** | | W | 5/9/09 | | | | |
| **Northland Group Inc. PO 390846 Minneapolis, MN 55439** | | | | | | | 251.31 |
| Account No. | | J | | | | | |
| **Northwest Premium Services 330 S Wells St 16th Floor** | | | | | | | 57.17 |
| Account No. | | J | medical | | | | |
| **OAD Orthopaedics 27650 Ferry Road Warrenville, IL 60555-3846** | | | | | | | 444.00 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    981.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark K Marshall,**
       **Suzanne M Marshall**                                    Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0878** <br><br> **Palisades Collection** <br> **PO Box 24133** <br> **Newark, NJ 07101-4133** | | J | 5/18/09 | | | | **11,760.34** |
| Account No. **xxxxx-xxxxx-xxxx0008** <br><br> **PLS #1** <br> **446 E Roosevelt Road** <br> **Lombard, IL 60148** | | J | 9/8/08 | | | | **Unknown** |
| Account No. <br><br> **PPKS Architects LTD** <br> **444 North Main Street** <br> **Glen Ellyn, IL 60137** | | J | 2/8/06 | | | | **7,903.81** |
| Account No. **xxxx9068** <br><br> **Professional Account Management** <br> **PO Box 391** <br> **Milwaukee, WI 53201-0391** | | J | 1/14/09 | | | | **120.00** |
| Account No. <br><br> **Remarketing Solutions LLC** <br> **440 Metroplex Drive** <br> **Nashville, TN 37211** | | J | repo'd auto | | | | **7,954.00** |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal (Total of this page) | **27,738.15** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mark K Marshall,**
       **Suzanne M Marshall**                                          Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**RTM Carpentry Contractor**<br>**630 East 4th Ave**<br>**Naperville, IL 60540** | | J | | **alleged construction services** | | | X | **20,000.00** |
| Account No. **xxxxxx4-001** <br><br>**Safeco**<br>**Jolas & Associates, LLP**<br>**202 1st Street NW**<br>**Mason City, IA 50401** | | J | 11/5/10 | | | | | **196.28** |
| Account No. <br><br>**Safeco**<br>**444 Highway 96 East**<br>**PO Box 64437** | | J | 4/14/09 | | | | | **196.28** |
| Account No. <br><br>**Sahli Enterprises, Inc.**<br>**17 W 300 22nd Street**<br>**Suite 200**<br>**Villa Park, IL 60181** | | J | | **loan** | | | X | **20,000.00** |
| Account No. **xxx7981** <br><br>**Sears**<br>**PO Box 182250**<br>**Columbus, OH 43218** | | J | 7/14/10 | | | | | **13,611.42** |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54,003.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mark K Marshall,**                                      Case No. _____

               **Suzanne M Marshall**

_____,
                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx2741** <br><br> **Springleaf Financial Services** <br> **219 W Saint Charles Road** <br> **Villa Park, IL 60181** | | J | | personal loan | | | | 12,348.99 |
| Account No. <br><br> **St. Petronille Parish School** <br> **420 Glenwood Avenue** <br> **Glen Ellyn, IL 60137** | | J | | children's tuition | | | | 8,780.00 |
| Account No. <br><br> **Surgical Center of DuPage** <br> **2725 South Technology Drive** <br> **Lombard, IL 60148** | | J | | medical | | | | 218.80 |
| Account No. <br><br> **TD Auto Finance** <br> **5225 Crooks Rd.** <br> **Suite 140** <br> **Troy, MI 48098** | | J | | | | | | 1,973.18 |
| Account No. **xxx-xxxx917-1** <br><br> **The Cash Store** <br> **PO Box 1361** <br> **San Marcos, TX 78667-1361** | | J | | 8/13 | | | | 1,754.61 |

Sheet no. __12__ of __14__ sheets attached to Schedule of               Subtotal

Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)       **25,075.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mark K Marshall,**
    **Suzanne M Marshall**                                    Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx-xxxxxx8759** | | J | 7/21/08 | | | | | |
| Transworld Systems Inc. PO Box 1864 Santa Rosa, CA 95440 | | | | | | | | 362.51 |
| Account No. **xxxxxxxxxx2166** | | J | 1/6/06 | | | | | |
| TRS Recovery Services Inc PO Box 60022 City of Industry, CA | | | | | | | | 25.00 |
| Account No. **xxxxx4598** | | J | 7/11/09 | | | | | |
| Village of Wilmette PO Box 4115 Concord, CA 94524 | | | | | | | | 35.00 |
| Account No. | | J | medical | | | | | |
| West Central Anesthesia 25 N. Winfield Road Winfield, IL 60190 | | | | | | | | 134.40 |
| Account No. | | J | loan | | | | | |
| Wheaton Bank 211 S. Wheaton Ave. Wheaton, IL 60187 | | | | | | | | 10,929.01 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        11,485.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mark K Marshall,**
      **Suzanne M Marshall**                                          Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | J | medical | | | | |
| **Winfield Laboratory Consultants** **Dept 4408** **Carol Stream, IL 60122-4408** | | | | | | | | 462.00 |
| Account No. | | | J | medical | | | | |
| **Winfield Radiology Consultants** **25 N Winfield Road** **Winfield, IL 60190** | | | | | | | | 29.24 |
| Account No. xxxxxxxxxxxx2073 | | | J | | | | | |
| **WOW** **PO Box 5715** **Carol Stream, IL 60197-5715** | | | | | | | | 320.45 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 811.69 |
| Total (Report on Summary of Schedules) | | 833,469.44 |

Alliance One Receivables Managment
4850 Street Road
Suite 300
Feasterville Trevose, PA 19053


Ambulatory Anesthesiologists
409 W Huron St
3rd Floor
Chicago, IL 60610


American Cash Loans
1338 N Roselle Road
Schaumburg, IL 60173


American General Financial Services
PO Box 3251
Evansville, IN 47731-3251


Andrew Carter
Law Offices of Andrew Carter
127 W Willow Avenue
Wheaton, IL 60187


Apria Healthcare
7253 Company Drive
Indianapolis, IN 46237


Armor Systems Corporation
1700 Kiefer Drive
Suite 1
Zion, IL 60099-5105


Armor Systems Corporation
1700 Kiefer Drive
Suite 1
Zion, IL 60099-5105


Arnold Scott Harris, PC
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654


ARS National Services, Inc.
PO Box 1259
Oaks, PA 19456

Arthur B. Adler & Associates
25 E Washington
Suite 500
Chicago, IL 60602


Asset Acceptance
PO 2036
Warren, MI 48090


ATG Credit, LLC
PO Box 14895
Chicago, IL 60614


BB&A
9247 N. Meridian Street
Suite 101
Indianapolis, IN 46260


BB&A
9247 N. Meridian Street
Suite 101
Indianapolis, IN 46260


Beneficial Finance
P.O. Box 17574
Baltimore, MD 21297-1574


Beneficial Finance Group
55 North 300 West
PO Box 45654
Salt Lake City, UT 84145


Blatt Hasenmiller
125 S. Wacker Dr. St. 400
Chicago, IL 60606


Blatt Hasenmiller
125 S. Wacker Dr. St. 400
Chicago, IL 60606


Blatt Hasenmiller
125 S. Wacker Dr. St. 400
Chicago, IL 60606

Capital One Bank
PO Box 71083
Charlotte, NC 28272-1083


CBCS
Po Box 69
Columbus, OH 43216


CBCS
PO Box 69
Columbus, OH 43216


Central DuPage Emergency Phys.
PO Box 366
Hinsdale, IL 60522


Central DuPage Hospital
25 North Winfield Road
Winfield, IL 60190


Central DuPage Physicians
7 Blanchard Circle
#200
Wheaton, IL 60187


Certage Payment Recovery Service
PO Box 038977
Tuscaloosa, AL 35403-8997


Chapman & Cutler LLP
111 W Monroe Street
Chicago, IL 60603


CitiBank
125 South Wacker Drive
Chicago, IL 60606


City of Chicago/CTI
PO Box 88292
Glen Ellyn, IL 60137


Comcast
1711 E Wilson Street
Batavia, IL 60510

Commercial Check Control (Jewel)
7250 Beverly Blvd
Suite 200
Los Angeles, CA 90036-2560


Core Performances PT
686 Roosevelt Road
Glen Ellyn, IL 60137


Creditors Collection Bureau
PO Box 1022
Wixom, MI 48393


Creditors Collection Svc
Two Wells Ave
Newton Center, MA 02459


Creditors Finance Group, LLC
PO Box 440290
Aurora, CO 80044-0290


Denson Shops, Inc.
509 Carlton
P.O. Box 703
Wheaton, IL 60187


DuPage Medical Group
1860 Paysphere Cir.
Chicago, IL 60674


DuPage Orthopedic Surgery Ctr
PO Box 66693
Chicago, IL 60666


Firstsource Financial Solutions
1232 W State Rd 2
La Porte, IN 46350


GE Money (Bassett)
175 South Street
Suite 900
Columbus, OH 43215-5166

```
Geraci Law LLC
55 E Monroe
Chicago, IL 60603


Harris Bank
111 W. Monroe St.
Chicago, IL 60603


Harris Bank
111 W. Monroe St.
Chicago, IL 60603


Hawthorn Cleaners
644 Pickwick Place
Glen Ellyn, IL 60137


Hayward Area Mem Hospital
PO Box 973
Eau Claire, WI 54702-0973


Healthcare Recovery Solutions
1515 190th Street
Suite 350
Gardena, CA 90248


HealthLab
25 N Winfield Road
Winfield, IL 60190


HR Accounts, Inc.
7017 John Deere Pkwy
Moline, IL 61266


Illinois Tollway Authority
PO Box 5201
Lisle, IL 60532


John N. Pieper Attorney at Law
1761 S. Naperville Road
Wheaton, IL 60187


John T Zaffer, DDS
526 Crescent Blvd
Suite 224
Glen Ellyn, IL 60137
```

Kathy Klein
150 N Main St
Lombard, IL 60148


Key Bank
745 Atlantic Avenue
Boston, MA 02111-2735


Liberty Mutual
222 S Riverside Plaza
Suite 1580
Chicago, IL 60606


Louis Harris & Co
613 Academy Drive
Northbrook, IL 60062


Louis Harris & Co.
613 Academy Drive
Northbrook, IL 60062


M&M Orthopaedics
4300 Commercial Court
Suite 230
Lisle, IL 60532


Macy's
P.O. Box 689195
Des Moines, IA 50368-9195


Macy's
P.O. Box 689195
Des Moines, IA 50368-9195


Medical Accounting Service
5626 Frantz Road
Box 7100
Dublin, OH 43017


Medical Business Bureau LLC
1175 Devin Drive
Suite 171
Northon Shores, MI 49441

Medical Business Bureau LLC
1175 Devin Drive
Suite 171
Muskegon, MI 49441


Medical Recovery Specialist
2250 E Devon Ave
Suite 353
Des Plaines, IL 60018


Merchant's Credit Guide Co.
Dept. 7575
PO Box 1259
Oaks, PA 19456


Merchant's Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606


Merchant's Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606


Merchants Credit Guide
Dept 7575
PO Box 1259
Oaks, PA 19456


Mercury Insurance Group
Jonathan Neil & Associates
131-A Stony Cir. Ste 500
Santa Rosa, CA 95401


Mercury Insurance Group
PO Box 725210
Oklahoma City, OK 73172-5210


Midwest Ear, Nose, Throat
25 N. Winfield Road
Suite 519
Winfield, IL 60190


Miramed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277-0304

MRS BPO, LLC
1930 Olney Ave.
Cherry Hill, NJ 08003


MSC Inc. of Wisconsin
PO Box 973
Eau Claire, WI 54702


Mulherin, Rehfeldt & Varchetto PC
211 South Wheaton Ave
Suite 200
Wheaton, IL 60187


Nationwide Credit & Collection
815 Commerce Drive
Suite 100
Oak Brook, IL 60523


Northland Group Inc (Macy's)
PO Box 390846
Minneapolis, MN 55439


Northland Group Inc.
PO 390846
Minneapolis, MN 55439


Northland Group Inc.
PO 390846
Minneapolis, MN 55439


Northland Group Inc.
PO 390846
Minneapolis, MN 55439


Northland Group Inc.
PO 390846
Minneapolis, MN 55439


Northstar Location Services
4285 Genesee Street
Buffalo, NY 14225


Northwest Premium Services
330 S Wells St
16th Floor

OAD Orthopaedics
27650 Ferry Road
Warrenville, IL 60555-3846


Palisades Collection
PO Box 24133
Newark, NJ 07101-4133


Palisades Collection LLC
PO Box 24133
Newark, NJ 07101-4133


PLS #1
446 E Roosevelt Road
Lombard, IL 60148


PPKS Architects LTD
444 North Main Street
Glen Ellyn, IL 60137


Professional Account Management
PO Box 391
Milwaukee, WI 53201-0391


Regional Acceptance
PO Box 830913
Birmingham, AL 35283


Remarketing Solutions LLC
440 Metroplex Drive
Nashville, TN 37211


Ronald N. Cicinelli, Esq.
17W300 22nd Street
Suite 220
Villa Park, IL 60181


RTM Carpentry Contractor
630 East 4th Ave
Naperville, IL 60540


Safeco
Jolas & Associates, LLP
202 1st Street NW
Mason City, IA 50401

Safeco
444 Highway 96 East
PO Box 64437

Sahli Enterprises, Inc.
17 W 300 22nd Street
Suite 200
Villa Park, IL 60181

Santander Consumer USA
PO Box 660633
Dallas, TX 75266-0633

Sears
PO Box 182250
Columbus, OH 43218

Springleaf Financial Services
219 W Saint Charles Road
Villa Park, IL 60181

Springleaf Financial Services
PO Box 3251
Evansville, IN 47731-3251

St. Petronille Parish School
420 Glenwood Avenue
Glen Ellyn, IL 60137

Surgical Center of DuPage
2725 South Technology Drive
Lombard, IL 60148

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154

TD Auto Finance
5225 Crooks Rd.
Suite 140
Troy, MI 48098

The Cash Store
PO Box 1361
San Marcos, TX 78667-1361

Transworld Systems
PO Box 1864
Santa Rosa, CA 95402


Transworld Systems Inc.
PO Box 1864
Santa Rosa, CA 95440


TRS Recovery Services
PO Box 60022
MA 01716


TRS Recovery Services Inc
PO Box 60022
City of Industry, CA


Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842


Velocity Investments, LLC
PO Box 788
Wall, NJ 07719


Village of Wilmette
PO Box 4115
Concord, CA 94524


Weltman, Weinberg & Reis LPA
175 S. 3rd Street
#1900
Columbus, OH 43215


West Central Anesthesia
25 N. Winfield Road
Winfield, IL 60190


Wheaton Bank
211 S. Wheaton Ave.
Wheaton, IL 60187


Winfield Laboratory Consultants
Dept 4408
Carol Stream, IL 60122-4408

Winfield Radiology Consultants
25 N Winfield Road
Winfield, IL 60190


WOW
PO Box 5715
Carol Stream, IL 60197-5715